UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 13–6897 DSF (RZx) | Date | 11/13/13 |
| Title | Rick K. Sirody v. Citibank, N.A., et al. | | |

Present: The Honorable: DALE S. FISCHER, United States District Judge

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order DENYING Defendants' Motion to Dismiss for Failure to State a Claim upon Which Relief Can Be Granted (Docket No. 13)

The Motion to Dismiss is completely lacking in merit, and is DENIED.[1]

---

[1] The Court deems this matter appropriate for decision without oral argument.  See Fed. R. Civ. P. 78; Local Rule 7-15.  The hearing set for November 25, 2013 is removed from the Court's calendar.